1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575          <mark>EÒÉŹĆŠŎÖ/ÆÄ Đ Đ H E</mark>
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant SANCHEZ-AYALA

6
                        IN THE UNITED STATES DISTRICT COURT
7
                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                                  SAN JOSE DIVISION
9

10
    UNITED STATES OF AMERICA,          )    No. CR 08-00188-RMW
11                                      )
                      Plaintiff,        )    STIPULATION AND []
12                                      )    ORDER TO VACATE MOTIONS FILING
    vs.                                 )    DATE AND TO CONTINUE AUGUST 34,
13                                      )    2013, REVOCATION HEARING
    SERGIO SANCHEZ-AYALA,               )
14                                      )
                      Defendant.        )    **Honorable Ronald M. Whyte**
15  _____    )

16

17                                **STIPULATION**

18        Defendant Sergio Sanchez-Ayala and the government, acting through their respective

19  counsel, hereby stipulate, subject to the Court's approval, that the Court shall vacate the August

20  1, 2013, motions filing date, and continue the August 5, 2012, revocation hearing date to August

21  48, 2013 at 9:00 a.m.

22        Mr. Sanchez-Ayala is alleged to have violated the condition of his supervised release in

23  this matter.   On July 29, 2012, the parties initially appeared before the District Court, and set an

24  August 1, 2013 filing date for a defense motion with respect delay in adjudicating the Form 12,

25  and a August 5, 2013, revocation hearing date.  Since the July 29th hearing, the parties have

26  conferred further, and jointly requests additional time to research and discuss the issues raised by

    Stipulation and  Order to Continue
    CR 08-00188 RMW                        1

1  counsel for Mr. Sanchez-Ayala at the July 29, 2013, hearing, and to discuss a possible resolution.

2  Accordingly, both the defendant and the government respectfully request that the court grant the

3  parties request as described above.

4

5  Dated:  August 1, 2013                              _____/S/_____
                                                       VARELL L. FULLER
                                                       Assistant Federal Public Defender

6

7  Dated:  August 1, 2013                              _____/S/_____
                                                       EDWARD J. FLUET
8                                                      Special Assistant United States Attorney

9  //

                                    **[] ORDER**
10

            Good cause appearing and by stipulation of the parties, IT IS HEREBY ORDERED that
11

   the motions filing date set for August 1, 2013 is vacated.  IT IS FURTHER ORDERED that the
12

   revocation hearing set in this matter for August 5, 2013, is continued to August 48, 2013, at 9:00
13

   a.m.
14
   IT IS SO ORDERED
15
                                     Î                 _____
   Dated: August ___, 2013
16                                                     HONORABLE RONALD M. WHYTE
                                                       United States District Judge
17

18

19

20

21

22

23

24

25

26

Stipulation and Order to Continue
CR 08-00188 RMW                           2